IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CHARDRICK MITCHELL**                                                                          **PLAINTIFF**

VS.                                NO. 2:16CV00103 KGB

**STEPHEN SIGMAN, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY AS
A POLICE OFFICER FOR THE CITY
OF BLYTHEVILLE, ARKANSAS; ROSS
A THOMPSON, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS CHIEF OF
POLICE FOR THE CITY OF BLYTHEVILLE,
ARKANSAS; AND THE CITY OF
BLYTHEVILLE, ARKANSAS**                                                                        **DEFENDANTS**

## JOINT RULE 26 REPORT

Come the parties, by and through their attorneys, and for their Joint Rule 26(f) Report, state:

1. Any changes in timing, form, or requirements of mandatory disclosures under Fed.R.Civ.P. 26(a).

RESPONSE: None.

2. Date when mandatory disclosures were or will be made.

RESPONSE:  November 1, 2016.

3. Subjects on which discovery may be needed.

RESPONSE:  All documentation on liability, damages, and policies and procedures.

4. Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:

(a) whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;

(b) the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;

(c) the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;

(d) whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;

(e) other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.

RESPONSE: None known at this time.

5. Date by which discovery should be completed.

RESPONSE: March 8, 2017.

6. Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.

RESPONSE: None.

7. Any Orders, e.g. protective orders, which should be entered.

RESPONSE: A protective order regarding any personnel files and/or confidential information.

8. Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.

RESPONSE: None.

9. Any objections to the proposed trial date.

RESPONSE: None.

10. Proposed deadline for joining other parties and amending the pleadings.

RESPONSE: November 28, 2017.

11. Proposed deadline for completing discovery.

RESPONSE: March 8, 2017.

12. Proposed deadline for filing motions.

RESPONSE: March 23, 2017.

13. Estimated number of trial days needed.

RESPONSE: Two.

    Respectfully Submitted,

    Stephen Sigman, in his official capacity; Ross Thompson, in his individual and official capacities; and the City of Blytheville, Arkansas
    **SEPARATE DEFENDANTS**

By: /s/ Michael Mosley
Michael Mosley, (ABA No. 2002099)
Attorney for Separate Defendants
Post Office Box 38
North Little Rock, AR  72115
TELEPHONE: (501) 978-6131
EMAIL: mmosley@arml.org

AND

Chardrick Mitchell
**PLAINTIFF**

By: /s/ James W. Harris
James W. Harris (ABA No. 98025)
Attorney for Plaintiff
PO Box 185
Blytheville, AR 72316-0185
TELEPHONE: (870) 762-6900
EMAIL: jwharris1@prodigy.net

AND

Stephen Sigman, in his individual capacity
**SEPARATE DEFENDANT**

By: /s/ M. Keith Wren
M. Keith Wren (ABA No. 94107)
Attorney for Separate Defendant
11300 Executive Center Drive, Suite A
Little Rock, AR 72211
TELEPHONE: (501) 223-0025
EMAIL: mkwren@wrenlawfirm.com

Russell Wood
Attorney for Separate Defendant
501 East 4th Street, Suite 4
Russellville, AR 72801
TELEPHONE: (479) 967-9663
EMAIL:  woodlaw@suddenlink.com