## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CHARDRICK MITCHELL**                                                                **PLAINTIFFS**

**v.**                          **Case No.  2:16-cv-00103 KGB**

**STEPHEN SIGMAN,** *et al.*                                                          **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 12). Pursuant to the stipulation, this action is dismissed with prejudice, with all parties to bear their own costs and fees.

Dated this the 9th day of February, 2017.

_____
Kristine G. Baker
United States District Judge